## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ODING DILL | : |
|  | : |
| Petitioner, | : |
|  | : |
| -vs- | : |
|  | : |
|  | : |
| UNITED STATES OF AMERICA | : |
| Respondent(s) | : |
|  | : |

Civil No.   09-2592(DRD)

**O R D E R**

A Motion to Vacate, Set Aside, or Correct Sentence under 28 USC § 2255 having been

filed by Petitioner,

**IT IS on this 13th  day of AUGUST  , 2009 ,**

ORDERED that Respondent(s) shall file an answer which responds to the allegations of

the Motion by each paragraph and subparagraph within 45 days of the entry of this Order, and it

is further

ORDERED that the answer shall be accompanied by certified copies of all indictments

and/or charges, transcripts, trial briefs, appendices, opinions, and any and all related documents

in the proceedings.

_____
Dickinson R. Debevoise
UNITED STATES DISTRICT JUDGE

DNJ-Habeas-004 (10/01)